UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH E WILSON, | Case No.  4:19-cv-08471-KAW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | Re: Dkt. No. 24 |
| BMW OF NORTH AMERICA LLC, | |
| Defendant. | |

On June 17, 2020, Defendant filed a motion to compel arbitration. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition was due 14 days after the motion was filed, which was July 1, 2020.

To date, Plaintiff has not filed an opposition or statement of non-opposition. Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before July 17, 2020, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant may file a reply on or before July 24, 2020.

The August 20, 2020 hearing date remains on calendar.

IT IS SO ORDERED.

Dated: July 9, 2020

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California